C. C. DUNCAN COMPANY, INC., a Corporation, Appellant, v. HEMSLEY
& COMPANY, LTD., a Corporation, Respondent.

Appeal by the plaintiff from so much of an order of the Supreme Court
as requires it to serve a bill of particulars stating in detail the amount of
damage it has suffered by reason of its claim that its business was destroyed.

PER CURIAM: The order appealed from is modified by striking out the
following: " the special damage alleged to have been sustained by the
plaintiff, stating in detail the amount of the damage plaintiff has suffered
by reason of its claim that its business was destroyed, and;" and as so
modified affirmed, with ten dollars costs and disbursements to the appellant,
upon the ground that no special damages are alleged so far as concerns
the said injuries complained of.    Present — Clarke, P. J., Scott, Smith,
Page and Davis, JJ.    Order modified as stated in opinion, and as modified
affirmed, with ten dollars costs and disbursements to appellant.